

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00110-CR

PEDRO DIAZ SANTOS
v.
THE STATE OF TEXAS

On Appeal from the
County Court at Law of Aransas County, Texas
Trial Cause No. 25977

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the cause remanded to the trial court for a new trial on punishment. The Court orders the judgment of the trial court REVERSED and REMANDED for a new trial on punishment.

We further order this decision certified below for observance.

November 21, 2013